**LAW OFFICES OF AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: fskantrow@gmail.com

AVRUM J. ROSEN
FRED S. KANTROW
―――
KIMBERLY I. BERSON
DEBORAH L. DOBBIN
SCOTT T. DILLON

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* *of counsel*)

July 15, 2016

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

    Re: In re Luxury Marketing, Inc., debtor
       <u>Chapter 7, Case No. 15-74689-reg</u>
       Mendelsohn v. Luxury Marketing, Inc., et al,
       <u>Adv. Pro. No. 16-8103-reg</u>

Dear Judge Grossman:

  The undersigned is counsel to Allen B. Mendelsohn, Esq., Chapter 7 trustee of Luxury Marketing, Inc. debtor ("Debtor") in the above referenced bankruptcy case and plaintiff in the above referenced adversary proceeding.

  The Trustee is now in receipt of notice of the filing of a voluntary petition for relief under chapter 7 filed by Douglas Parchment. Mr. Parchment is the principal of the Debtor and a defendant in the adversary proceeding. Luxury Marketing, Inc., is represented by Roman Akopian, Esq. Mr. Akopian, is himself, a defendant in the pending adversary proceeding. Not surprisingly, Mr. Akopian is also counsel to Douglas Parchment in his individual chapter 7 case (16-73030-reg) also pending before this Court. Clearly the automatic stay precludes the plaintiff from continuing the pending adversary proceeding against Mr. Parchment. However, there is no stay in place as to any other defendant. Accordingly, the plaintiff believes that the matter should proceed.

  The Trustee will contact Andrew M. Thaler, Esq., the interim trustee in the Douglas

Parchment individual case to determine how best to proceed as against Mr. Parchment. Should the Court have any questions, the undersigned is available to answer same.

                                          Respectfully,

                                          <u>S/Fred S. Kantrow</u>
                                          Fred S. Kantrow

Cc:    Roman Akopian, Esq. (via e-mail)
         Luxury Marketing, Inc. (via regular mail)
         Luxury Marketing USA (via regular mail)
         Andrew M. Thaler, Esq. (via e-mail)
         Office of the United States Trustee (via e-mail)